In the Matter of the Claim of BERTHA ROTH, against HARLEM FUNERAL CAR COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued October 1, 1935; decided October 15, 1935.)

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, appellant.

*Bernard F. Farley* and *Frederick Mellor* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: LEHMAN, HUBBS and FINCH, JJ.